**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Boston Scientific Corp.*
*Pelvic Repair System Products Liability Litigation*
*MDL No. 2326*

**Civil Action No.** 2:13-cv-456

---

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2326 by reference. Plaintiff(s) further show the Court as follows:

1. Female Plaintiff:

   Pamela Jones

2. Plaintiff Husband (if applicable):

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. State of Residence:

   Kentucky

5. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Western District of Kentucky

   Bowling Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☑ A. Boston Scientific Corporation

Revised: 12/17/2012

☐  B.  American Medical Systems, Inc. ("AMS")

☐  C.  American Medical Systems Holdings, Inc. ("AMS Holdings")

☐  D.  Endo Pharmaceuticals, Inc.

☐  E.  Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings, Inc.)

☐  F.  Johnson & Johnson

☐  G.  Ethicon, Inc.

☐  H. Ethicon, LLC

☐  I.  C. R. Bard, Inc. ("Bard")

☐  J.  Sofradim Production SAS ("Sofradim")

☐  K.  Tissue Science Laboratories Limited ("TSL")

☐  L.  Analytic Biosurgical Solutions ("ABISS")

☐  M.  Mentor Worldwide LLC

☐  N.  Coloplast A/S

☐  O.  Coloplast Corp.

☐  P.  Coloplast Manufacturing US, LLC

☐  Q.  Porges S.A.

7.  Basis of Jurisdiction:

☑  Diversity of Citizenship

☐  Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraph 4

_____

_____

2

B. Other allegations of jurisdiction and venue:

8.  Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff):

☐   The Uphold Vaginal Support System;

☐   The Pinnacle Pelvic Floor Repair Kit;

☐   The Advantage Transvaginal Mid-Urethral Sling System;

☐   The Advantage Fit System;

☐   The Lynx Suprapubic Mid-Urethral Sling System;

☑   The Obtryx Transobturator Mid-Urethral Sling System;

☐   The Prefyx PPS System;

☐   The Solyx SIS System; and/or

☐   Other

9.  Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

☐   The Uphold Vaginal Support System;

☐   The Pinnacle Pelvic Floor Repair Kit;

☐   The Advantage Transvaginal Mid-Urethral Sling System;

☐   The Advantage Fit System;

☐   The Lynx Suprapubic Mid-Urethral Sling System;

3

☑     The Obtryx Transobturator Mid-Urethral Sling System;

☐     The Prefyx PPS System;

☐     The Solyx SIS System; and/or

☐     Other

_____

_____

10. Date of Implantation as to Each Product:

2/2/2006
_____

_____

_____

11. Hospital(s) where Plaintiff was implanted (Including City and State):

Bowling Green Medical Center (Bowling Green, KY)
_____

_____

_____

12. Implanting Surgeon(s):

Joseph C. Gass, MD
_____

_____

_____

13. Counts in the Master Complaint brought by Plaintiff(s)

☑     Count I – Negligence

☑     Count II – Strict Liability – Design Defect

☑     Count III – Strict Liability – Manufacturing Defect

☑     Count IV – Strict Liability – Failure to Warn

☑    Count V - Breach of Express Warranty

☑    Count VI – Breach of Implied Warranty

☐    Count VII (by the Husband) – Loss of Consortium

☑    Count VIII – Discovery Rule, Tolling and Fraudulent Concealment

☑    Count IX – Punitive Damages

☐    Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

☐    Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

s/ Mark R. Mueller

Attorneys for Plaintiff

Mark R. Mueller

John Fabry

Breanne M. Vandermeer

Address and bar information:

Mark R. Mueller
Texas Bar No. 14623500
Georgia State Bar No. 100108
John Fabry
Texas Bar No. 06768480
Breanne M. Vandermeer
California Bar No. 260217
404 West 7th Street
Austin, Texas 78701
(512) 478-1236
(512) 478-1473 facsimile
receptionist@muellerlaw.com

5